ALBANY,
January, 1819.

BISSELL
v.
LEE.

Motion granted.

———◦✳◦———

BISSELL *against* LEE.

The Same *against* the Same.

THE above causes were put at issue on the 12th *November*, 1816. On affidavit, that the trial of them would require the examination of long accounts, and on the motion of the defendant for that purpose, they were ordered, in *May* term, 1817, to be referred to three referees.

*Griffin*, for the defendant, now moved, that the plaintiff proceed to a hearing before the referees, within twenty days, or that a judgment, as in case of nonsuit, be entered. He read an affidavit, stating, that since the rule for a reference was entered in the causes, the plaintiff had not given any notice of bringing the causes to a hearing before the referees, nor taken any step for that purpose. That the defendant had a great number of witnesses for him, some of whom were infirm, others poor, and some were about to remove out of the county of *Oneida*, where the venue was laid, and without whose testimony he could not safely proceed to a hearing before the referees.

*Talcot*, for the plaintiff

*Per Curiam.* Let the following rule be entered:

" It appearing to the Court that these causes were referred—

Where a cause is referred by the Court, pursuant to the statute, and the plaintiff wholly neglects to bring the cause to a hearing before the referees, the defendant, after a term has intervened, is entitled to a rule, that unless the plaintiff notice the cause for a hearing, or elect to discontinue within 20 days, the defendant shall have leave to notice the same for hearing; and in case of the neglect or default of the plaintiff, the referees are to proceed to a hearing on the defendant's notice; and in case the plaintiff does not appear at the day appointed, the referees must report that nothing is due to the plaintiff, unless the defendant claims a balance due to him, and if the pleadings will admit of it, he may exhibit his proofs, and the referees may report such a balance as they shall think due to him from the plaintiff.

red to three referees, pursuant to the statute, upon a special application to the Court, in *May* term, 1817, and that the plaintiff hath ever since neglected to notice the same for a hearing, or in any manner to proceed therein ; on motion, &c., on behalf of the defendant ; It is *ordered*, that unless the plaintiff notice the said causes for a hearing, within twenty days after service of this rule, or discontinue upon the usual terms, that then the defendant have leave to notice the same for a hearing ; and if the plaintiff shall elect to notice the same for a hearing, or in his default either to discontinue, or notice the same for a hearing, the defendant shall notice the same for a hearing, the referees shall proceed to hear and examine the proofs and allegations of the parties, unless either party shall show good cause for an adjournment to a future day, of such hearing, on account of the absence of material witnesses, whose attendance could not be procured ; and in case the plaintiff shall not appear before the referees and exhibit his proofs, and no proof shall be offered on the part of the defendant, then the referees shall report nothing due 'to the said plaintiff; but on the failure of the plaintiff to appear and exhibit his proofs, if the defendant shall claim a balance due to him in either of the said causes, and the state of the pleadings will admit of the proof, then the defendant may exhibit his proofs and allegations, and the referees shall report such balance as they shall be satisfied is due to the defendant."

The Court added, that in all cases, hereafter, where a term has intervened between, the time of granting the order of reference, and the plaintiff's neglect to proceed to bring the cause to a hearing before the referees, the defendant might apply to the court for such a rule on the plaintiff, as they had directed to be entered in this cause.

Rule granted.